### GRISWOLD *ads.* LEWIS & REES.

A writ cannot be quashed before it is returned. The motion should be for a supersedeas.

MOTION to quash a writ in replevin. Various defects were alleged, but it appeared the writ had not been returned, which was relied on in opposition to the motion.

*W. S. Stow,* for defendant.

*D. McMartin,* for plaintiff.

*By the Court,* SAVAGE, Ch. J. The motion is premature. A writ cannot be quashed until it is returned. Before it is returned, the motion should be for a supersedeas.

Motion denied with costs.